B210
(12/04)

# In the United States Bankruptcy Court

## For the Southern District Of Florida, Miami Division

In re: All American Semiconductor, Inc.   Case No. 07-12963

　　　　　　Debtor.   Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| <u>Southpaw Koufax, LLC</u><br>Name of Transferee | <u>Alliance Semiconductor Corporation</u><br>Name of Transferor |
| <u>Name and Address where notices to transferee should be sent:</u><br>Southpaw Koufax, LLC<br>2 West Greenwich Office Park, 1st Floor<br>Greenwich, CT  06831<br>Attn:　Jeffrey H. Cohen<br>　　　　Howard J. Golden<br>Phone: (203) 862-6208<br>Last Four Digits of Acct #: _____ | Court Record Address of Transferor<br>(Court Use Only) |
| | Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above) | <u>Name and Current Address of Transferor</u><br>Alliance Semiconductor Corporation<br>P.O. Box 1203<br>Menlo Park, CA 94026-1203<br>Attn:  Mike Gullard |
| Phone: _____<br>Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |

Court Claim # (if known):  299
Date Claim Filed: 8/8/07

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Jeff Cohen_____   Date: April 26, 2010
　　Jeff Cohen

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____   _____
　　　　　　　　　　CLERK OF THE COURT

## EVIDENCE OF TRANSFER OF CLAIM

TO:		THE DEBTOR AND THE BANKRUPTCY COURT

Claim #:	299

For good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, **Alliance Semiconductor Corp.**, (the "Seller") its successors and assigns, does hereby unconditionally and irrevocably sell, transfer and assign unto **Southpaw Koufax, LLC** its successors and assigns (the "Buyer"), all rights, title, interest, claims and causes of action in and to, or arising under or in connection with Claim No. 299 in the amount of $242,531.00 (the "Claim") against All American Semiconductor, Inc. (the "Debtor"), one of the debtors in the Chapter 11 bankruptcy case entitled In re All American Semiconductor, Inc., et al, Case No. 07-12963 pending in the United States Bankruptcy Court for the Southern District of Florida (Miami) (the "Bankruptcy Court") and all proofs of claim filed by Seller and scheduled by the Debtor in respect thereof.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

*(The remainder of this page has been intentionally left blank)*

*(Signature page to follow)*

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 23, 2009.

| ALLIANCE SEMICONDUCTOR CORPORATION | SOUTHPAW KOUFAX, LLC |
|---|---|
| By: _____ <br> Name: <br> Title: | By: _____ <br> Name: <br> Title: <br><br> Howard Golden, Managing Member <br> of General Partner-Southpaw GP LLC |

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 23 2009.

| ALLIANCE SEMICONDUCTOR CORPORATION | SOUTHPAW KOUFAX, LLC |
|---|---|
| By: *(signed)* | By: _____ |
| Name: J. Michael Guillard | Name: |
| Title: Co-CEO | Title: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION
www.flsb.uscourts.gov

#299

| Name of Debtors<br><br>**ALL AMERICAN SEMICONDUCTOR, INC., et al** | Case Numbers<br>Case No. 07-12963-BKC-LMI;<br>Case Nos. 07-12965 through 07-12967;<br>Case No. 07-12969 through 07-12974;<br>Case Nos. 07-12976 through 07-12979;<br>Case Nos. 07-12981 through 07-12991;<br>Case No. 07-12993;<br>Case Nos. 07-12995 through 07-13002- BKC-LMI (Jointly Administered) |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. (See Local Rule 3001-1(B))

**PROOF OF CLAIM**

Name of Creditor (The person or other entity to whom the debtor owes money or property)
ALLIANCE SEMICONDUCTOR

Name and Address Where Notices Should be Sent:
ALLIANCE SEMICONDUCTOR
2575 AUGUSTINE DR
SANTA CLARA CA 95054-2914

Telephone No: 408-855-4900

Indicate Debtor against which you assert a claim by checking the appropriate box below.

(Check only one Debtor per claim form.)

☑ ALL AMERICAN SEMICONDUCTOR, INC. (Case No. 07-12963)
☐ PALM ELECTRONICS MANUFACTURING CORP. (Case No. 07-12965)
☐ AVED INDUSTRIES, INC. (Case No. 07-12966)
☐ ACCESS MICRO PRODUCTS, INC. (Case No. 07-12967)
☐ ALL AMERICAN A.V.E.D., INC. (Case No. 07-12969)
☐ ALL AMERICAN ADDED VALUE, INC. (Case No. 07-12970)
☐ ALL AMERICAN IDT, INC. (Case No. 07-12971)
☐ ALL AMERICAN SEMICONDUCTOR OF ATLANTA, INC. (Case No. 07-12972)
☐ ALL AMERICAN SEMICONDUCTOR OF CHICAGO, INC. (Case No. 07-12973)
☐ ALL AMERICAN SEMICONDUCTOR OF FLORIDA, INC. (Case No. 07-12974)
☐ ALL AMERICAN SEMICONDUCTOR OF HUNTSVILLE, INC. (Case No. 07-12976)
☐ ALL AMERICAN SEMICONDUCTOR OF MASSACHUSETTS, INC. (Case No. 07-12977)
☐ ALL AMERICAN SEMICONDUCTOR OF MICHIGAN, INC. (Case No. 07-12978)
☐ ALL AMERICAN SEMICONDUCTOR OF MINNESOTA, INC. (Case No. 07-12979)
☐ ALL AMERICAN SEMICONDUCTOR OF NEW YORK, INC. (Case No. 07-12981)
☐ ALL AMERICAN SEMICONDUCTOR OF OHIO, INC. (Case No. 07-12982)
☐ ALL AMERICAN SEMICONDUCTOR OF PHILADELPHIA, INC. (Case No. 07-12983)
☐ ALL AMERICAN SEMICONDUCTOR OF PHOENIX, INC. (Case No. 07-12984)
☐ ALL AMERICAN SEMICONDUCTOR OF PORTLAND, INC. (Case No. 07-12985)
☐ ALL AMERICAN SEMICONDUCTOR OF RHODE ISLAND, INC. (Case No. 07-12986)
☐ ALL AMERICAN SEMICONDUCTOR OF ROCKVILLE, INC. (Case No. 07-12987)
☐ ALL AMERICAN SEMICONDUCTOR OF SALT LAKE, INC. (Case No. 07-12988)
☐ ALL AMERICAN SEMICONDUCTOR OF TEXAS, INC. (Case No. 07-12989)
☐ ALL AMERICAN SEMICONDUCTOR OF WASHINGTON, INC. (Case No. 07-12990)
☐ ALL AMERICAN SEMICONDUCTOR OF WISCONSIN, INC. (Case No. 07-12991)
☐ ALL AMERICAN SEMICONDUCTOR-NORTHERN CALIFORNIA, INC. (Case No. 07-12993)
☐ ALL AMERICAN TECHNOLOGIES, INC. (Case No. 07-12995)
☐ ALL AMERICAN TRANSISTOR OF CALIFORNIA, INC. (Case No. 07-12996)
☐ AGD CHINA, INC. (Case No. 07-12997)
☐ ALL AMERICAN SEMICONDUCTOR OF CANADA, INC. (Case No. 07-12998)
☐ AGD ELECTRONICS LIMITED (Case No. 07-12999)
☐ ALLAMMEX COMPONENTS S. DE R.L. DE C.V. (Case No. 07-13000)
☐ AGD ELECTRONICS ASIA PACIFIC COMPANY, LTD. (Case No. 07-13001)
☐ AMERICAPITAL, LLC (Case No. 07-13002)

THIS SPACE IS FOR COURT USE ONLY

FILED BY
RECEIVED BY
07 AUG -8 AM 9:51
CLERK
U.S. BANKRUPTCY CT.
SD OF FLA.
MIA-OFFICE

**RECEIVED**

AUG 1 4 2007

**KURTZMAN CARSON**

THIS SPACE IS FOR COURT USE ONLY

1 of 2


0712963070528113802004042

|  | Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| ☐ | Check box if you have never received any notices from the bankruptcy court in this case. |
| ☐ | Check box if this address differs from the address on the envelope sent to you by the court. |

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR (only list last 4 digits of SS#): | CHECK HERE IF THIS CLAIM:<br>☐ REPLACES<br>☐ AMENDS a previously filed claim, dated _____ |
|---|---|

**1. BASIS FOR CLAIM**
- ☑ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (Fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)       (date)

**2. DATE DEBT WAS INCURRED:** April 06 – June 06

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case was filed included in secured claim above, if any:
$_____

**Unsecured Nonpriority Claim** $ 242,531.00
☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority.
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

\* *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $ 242,531 (Unsecured Nonpriority) + $ — (Secured) + $ — (Unsecured Priority) = $ 242,531 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 6 or 7 below. (Complete box 6 if applicable.)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. SUPPORTING DOCUMENTS:** Attach legible copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Supporting documents should not exceed 5 pages. (See reverse for instructions)

**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. Research and/or copy charges will apply for future copy requests of claims.

THIS SPACE IS FOR COURT USE ONLY

| DATE: | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 7/24/07 | ALLIANCE SEMICONDUCTOR CORP. |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

File claim with: U.S. Bankruptcy Court, Southern Dist. of Florida, Miami Div., 1401 Claude Pepper Federal Bldg., 51 SW First Ave., Miami, FL 33130

0712963070528113802004042

2 of 2